Opinion issued June 21, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00271-CV

———————————

**KATHLEEN D. SZEKELY, MELISSA SZEKELY, SEAN PATRICK SZEKELY, AND PATRICIA KEGGEREIS, Appellants**

**V.**

**ILLINOIS MUTUAL LIFE INSURANCE COMPANY, INC., Appellee**

---

**On Appeal from the 367th District Court**
**Denton County, Texas**
**Trial Court Case No. 16-08089-367**

---

## MEMORANDUM OPINION

Appellants and appellees have filed a joint motion to dismiss the appeal because the parties have settled their differences. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Higley, Brown, and Caughey.